# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO:   CR-1:20CR00798 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| VS | ) | |
| | ) | |
| | ) | |
| ARTHUR FAYNE | ) | MOTION FOR PERMISSION |
| | ) |         TO TRAVEL |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, ARTHUR FAYNE, by and through counsel, and respectfully moves this Honorable Court for an order allowing him permission to travel to Kansas City, Missouri on business from April 28th until May1st, 2022.  There have been no prior instances of conduct in violation of the rules imposed by Pretrial Services.

WHEREFORE, the Defendant prays that this Motion is granted.

Respectfully submitted,

_____
**MYRON P. WATSON, ESQ. (0058583)**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH  44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 25, 2022, he caused to be electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all required parties, including the U.S. Attorney's Office. Parties may access this filing through the Court's ECF system.

                                                      _____
                                                     **MYRON P. WATSON, ESQ. (0058583)**
                                                     **Attorney for Arthur Fayne**