# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:20CR00798** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: SOLOMON OLIVER** |
| | ) | |
| **VS** | ) | |
| | ) | |
| | ) | |
| **ARTHUR FAYNE** | ) | **MOTION FOR PERMISSION** |
| | ) | **TO TRAVEL** |
| | ) | |
| **Defendant.** | ) | |

Now comes the Defendant, Arthur Fayne, by and through counsel, and respectfully moves this Honorable Court for an order allowing him permission to travel to meet with a group of investors in Vegas for an Urban Grocery Store Project from August 4, 2022 until August 9, 2022. These business meetings will take place at the location of The Grand Marriott Chateau Hotel.

WHEREFORE, the Defendant prays that this Motion is granted.

Respectfully submitted,

_____
**MYRON P. WATSON, ESQ. (0058583)**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH  44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022 a copy of the foregoing Motion for Permission To Travel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/Myron p. Watson_____
**MYRON P. WATSON, ESQ. (0058583)**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH 44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

/*s/David M. Dudley*_____
***DAVID M. DUDLEY, ESQ.***
*Law Offices of David Dudley*
*Suite 1100*
*3415 South Sepulveda Blvd.,*
*Los Angeles, CA 90034*
*(310)772-8400*
*(310)772-8404(fax)*
***Attorney for Defendant Arthur Fayne***