IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20CR00798 |
| | ) | |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER |
| | ) | |
| VS | ) | |
| | ) | |
| | ) | |
| ARTHUR FAYNE | ) | MOTION FOR CONTINUANCE |
| | ) | OF STATUS HEARING |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Arthur Fayne, by and through counsel, and respectfully moves this Honorable Court for an order granting a continuance of Status Hearing previously scheduled for February 9, 2023, at 230pm for reason that both Counsel and the Government are still discussing legal and factual issues regarding the possible filing of a Superseding Indictment. It is our anticipation that based on our earlier discussions that we need an additional two weeks to fully express all the facts and legal issues before there a final decision is made by the Government. The Government does not oppose this Request for a Continuance.

WHEREFORE, the Defendant prays that this Motion is granted.

Respectfully submitted,

s/Myron P. Watson
**MYRON P. WATSON, ESQ. (0058583)**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH  44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

## CERTIFICATE OF SERVICE

I hereby certify that on this, 7th day of February, 2023 a copy of the foregoing Motion for Continuance of Status Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/Myron P. Watson\
**MYRON P. WATSON, ESQ. (0058583)**\
**Attorney for Arthur Fayne**