IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20CR00798 |
| | ) | |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER |
| | ) | |
| VS | ) | |
| | ) | |
| | ) | |
| ARTHUR FAYNE | ) | MOTION FOR CONTINUANCE |
| | ) | OF STATUS HEARING |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Arthur Fayne, by and through counsel, and respectfully moves this Honorable Court for an order granting a continuance of Status Hearing previously scheduled for February 22, 2023, at 2pm for reason that both Counsel and the Government are very close but have not resolve all of the issues involved in the above-captioned matter.  Further, co-counsel David Dudley is unavailable because he is having a medical procedure performed on the same date and time of the Status Hearing.  The Government does not oppose this Request for a Continuance as well.  Also, Counsel has been advised by Government's Counsel that he has been preparing and will be in trial in Toledo for approximately three weeks commencing on March 6th.  It is our hope that we can have this Status hearing reset during the week of the 27th of March.

WHEREFORE, the Defendant prays that this Motion is granted.

Respectfully submitted,

s/Myron P. Watson_____
**MYRON P. WATSON, ESQ. (0058583)**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH  44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

**CERTIFICATE OF SERVICE**

I hereby certify that on this, 21st day of February, 2023 a copy of the foregoing Motion for Continuance of Status Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/Myron P. Watson_____
**MYRON P. WATSON, ESQ. (0058583)
Attorney for Arthur Fayne**