IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:20CR00798 |
| | ) | |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER |
| | ) | |
| VS | ) | |
| | ) | |
| | ) | |
| ARTHUR FAYNE | ) | MOTION FOR PERMISSION |
| | ) |       TO TRAVEL |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Arthur Fayne, by and through counsel, and respectfully moves this Honorable Court for an order allowing him permission to travel to Orlando, Florida for the dates of January 25, 2024 through January 28, 2024, to attend a conference as the Managing Member of the Friends of the African Union Opportunity Development Group along with Mr. Austin, President and CEO of Northeast Ohio Neighborhood Health Services (NEON) and its Board of Directors Chairman.

WHEREFORE, Defendant prays that this Motion is granted.

Respectfully submitted,

*s/Myron P. Watson*
**MYRON P. WATSON, ESQ. (0058583)**
**WATSON KUHLMAN LLC**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH  44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of January, 2024 a copy of the foregoing Motion for Permission To Travel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                               *s/Myron P. Watson*
                                               **MYRON P. WATSON, ESQ. (0058583)**
                                               **Attorney for Arthur Fayne**