# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:20CR00798** |
| | ) | |
| Plaintiff, | ) | **JUDGE: SOLOMON OLIVER** |
| | ) | |
| VS | ) | |
| | ) | |
| | ) | |
| **ARTHUR FAYNE** | ) | **NOTICE OF ERRATA TO** |
| | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM** |
| Defendant. | ) | |

## NOTICE OF ERRATA

Now comes Defendant, Arthur Fayne, by and through counsel, and respectfully submits this errata to its Sentencing Memorandum, which was filed on March 5, 2024, at Docket No. 65, in order to correct an inadvertent clerical error. There were two versions and inadvertently version 1 was filed instead of version two. The defendant is concurrently filing the correct version of the Sentencing Memorandum.

Respectfully submitted,

*s/Myron P. Watson*
**MYRON P. WATSON, ESQ. (0058583)**
**WATSON KUHLMAN LLC**
75 Erieview Plaza, 1st floor, Suite 108
Cleveland, OH  44114
(216) 274-1100
(216) 575-7664 (Fax)
myronwatson@ymail.com
**Attorney for Arthur Fayne**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2024 a copy of the foregoing Notice of Errata…. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*s/Myron P. Watson*
**MYRON P. WATSON, ESQ. (0058583)**
**Attorney for Arthur Fayne**