IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: 1:20CR00798 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER |
| VS | ) | |
| ARTHUR FAYNE | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENTAL REPORT

IN SUPPORT OF SENTENCING POSITION



March 8, 2024

Myron Watson
Myron P. Watson, Esq.
75 Erieview Plaza, Suite 108
Cleveland, Ohio 44114

    RE: Defense Sentencing Memorandum and Presentence Investigation Report, Docket
    No.: 0647 1:20CR00798-001

Dear Mr. Watson:

You have requested that Barnes Wendling CPAs LLC ("BW") analyze and review certain documents and business records of Arthur Fayne, Business Development Concepts LLC ("BDC") and Community Integrated Services, Inc. ("CIS") as they relate to funds received from Northwest Ohio Neighborhood Health Services, Inc. ("NEON") and expenditures paid to Albert M. Higley Co., LLC ("AHC") and other vendors related to the East Side Market ("ESM") development from December 1, 2016, through on or about March 31, 2018.

BW performed the following procedures to assist in the preparation of Arthur Fayne's Defense Sentencing Memorandum and Objections to the PSR. These procedures including verifying information with supporting documentation including bank statements, check copies, vendor lists, invoices and/or other support:

**Counts 1-7: The Government Claims Arthur Fayne Caused Loss to NEON of $807,710.00**

1. BW prepared a summary schedule showing all invoicing from December 31, 2016 to March 31, 2018 by BDC/CIS to NEON, payments from NEON to BDC/CIS and payments from BDC to AHC and other ESM vendors
2. BW prepared a schedule showing all invoices from December 31, 2016 to March 31, 2018 from BDC/CIS to NEON totaling $3,374,108.54 of which $3,283,941.54 related to ESM
3. BW prepared a schedule showing all payments from December 31, 2016 to March 31, 2018 from NEON to BDC/CIS totaling $3,374,108.54 of which $3,283,941.54 pertained to the ESM
4. BW prepared a schedule showing all payments from December 31, 2016 to March 31, 2018 from BDC to AHC totaling $1,870,634.46
5. BW prepared a schedule showing all payments from December 31, 2016 to March 31, 2018 from BDC to other ESM vendors totaling $1,645,049.69
6. BW prepared a bank statement summary schedule for Fifth Third Bank and Key Bank accounts from December 1, 2016 - March 31, 2018 showing the total amount deposits into the two bank accounts were $8,897,680.43 and total withdrawals were $9,055,104.54

In summary during the period December 2016 through March 2018, BDC paid all ESM vendors $231,742.61 more than BDC invoiced and collected from NEON for that same period.

1350 Euclid Ave., Ste. 1400  
Cleveland, OH 44115-1830  
P 216.566.9000 • f 216.566.9321

5050 Waterford Drive  
Sheffield Village, OH 44035-1497  
P 440.934.3850 • f 440.934.3950

5002 Timber Commons Drive  
Sandusky, OH 44870-8906  
P 419.626.3627 • f 419.626.3796

Page | 1

Toll free 800.369.6375 | barneswendling.com



**Counts 8-9: The Government Claims Arthur Fayne Retained $125,923.86 originally intended Crescent Digital.**

1. BW reviewed the Hines/Arthur Fayne proposal for $251,297.24. BW reviewed the PNC equipment finance agreement for $469,771.64. BW reviewed email correspondences between Arthur Fayne and Cresent Digital ("CD") summarizing the CD/Arthur Fayne revised agreement totaling $338,146.46.
2. BW reviewed the CD summary included in an email from Mike Hines to Arthur Fayne showing $30,000.00 being paid on February 14, 2020. BW also reviewed the February 29, 2020, BDC Citizens Bank statement for account ending in x2527 showing the $30,000.00 outgoing wire transfer on February 14, 2020
3. BW reviewed the May 31, 2020, BDC Citizens Bank statement for account ending in x2527 showing the $99,757.39 outgoing wire transfer May 22, 2020

The summary computes a total adjusted contract of $338,146.46, total payments of $307,582.02 and a remaining balance of $30,564.44 as adjusted for the $99,757.39 outgoing wire transfer dated May 22, 2020, proving the $125,923.86 that was allegedly diverted for personal use was used to pay on the CD's contract as payment came due.

Our engagement was performed in accordance with the Statement on Standards for Forensic Services of the American Institute of Certified Public Accountants.

Please note that this report is based upon information available to BW as of the date of this report. We have no obligation to update this report or any conclusions or findings for information that come to our attention after the date of this report, but we reserve the right to do so.

We did not perform an audit or review of the financial information we received to prepare this report. Had we performed an audit, review, or other assurance services of the underlying financial information in accordance with generally accepted accounting standards or other guidelines, matters might have come to our attention that would alter the amounts used in the preparation of this Report. Accordingly, we take no responsibility for the underlying data presented or relied upon in this Report.

Respectfully submitted,

BARNES WENDLING CPAs LLC

Timothy D. Mayles, CPA, CFE, CFF
Director



Supporting Schedules

1. Summary schedule of payment activity for East Side Market (ESM) December 1, 2016, through on or about March 31, 2018
2. Invoices from BDC/CIS to NEON December 31, 2016 - March 31, 2018
3. Payments from NEON to BDC/CIS December 31, 2016 - March 31, 2018
4. EMS Vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018
5. EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018
6. Bank statement summary for Fifth Third Bank and Key Bank December 31, 2016 - March 31, 2018

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 1
March 8, 2024

**Summary Schedule of payment activity for East Side Market (ESM)**
**December 1, 2016, through on or about March 31, 2018**

| Amount | Description |
|---:|---|
| 3,283,941.54 | Amount invoiced by BDC/CIS to NEON for all ESM vendors |
| 90,167.00 | Amount invoiced by BDC/CIS to NEON for other BDC projects |
| 3,374,108.54 | Amount invoiced by BDC/CIS to NEON and paid to BDC |
| | |
| 2,629,740.38 | Total amount invoiced by BDC/CIS to NEON for AM Higley |
| (1,870,634.46) | Total amount paid to AM Higley |
| 759,105.92 | Amount not yet paid to AM Higley during this period |
| | |
| 654,201.16 | Total amount invoiced by BDC/CIS to NEON for "Other" ESM vendors |
| (1,645,049.69) | Total amount paid to "Other" ESM Vendors |
| (990,848.53) | Amount paid in excess of amounts invoiced |
| | |
| (231,742.61) | Net amount paid in excess of amounts invoiced |
| | |
| 1,870,634.46 | Total amount paid to AM Higley |
| 1,645,049.69 | Total amount paid to "Other" ESM Vendors |
| 3,515,684.15 | Total disbursed to all ESM vendors |

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 2
March 8, 2024

**Invoices from BDC/CIS to NEON December 31, 2016 - March 31, 2018**

| Date | total invoice | AHC | Other ESM Vendors | Other BDC projects |
|---|---|---|---|---|
| 12/30/2016 | 129,124.36 | 71,115.00 | 58,009.36 | |
| 3/1/2017 | 267,031.91 | 231,560.00 | 35,471.91 | |
| 4/1/2017 | 159,814.00 | 107,560.00 | 52,254.00 | |
| 5/1/2017 | 122,352.46 | 68,000.00 | 54,352.46 | |
| 6/1/2017 | 278,083.00 | 209,829.00 | 68,254.00 | |
| 7/1/2017 | 600,421.00 | 391,000.00 | 119,254.00 | 90,167.00 |
| 9/22/2017 | 398,000.00 | 283,000.00 | 115,000.00 | |
| 11/1/2017 | 668,140.96 | 591,893.96 | 76,247.00 | |
| 1/1/2018 | 205,358.43 | 140,000.00 | 65,358.43 | |
| 1/25/2018 | 545,782.42 | 535,782.42 | 10,000.00 | |
| | 3,374,108.54 | 2,629,740.38 | 654,201.16 | 90,167.00 |
| | (90,167.00) | Other BDC projects | | |
| | 3,283,941.54 | ESM | | |

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 3
March 8, 2024

Payments from NEON to BDC/CIS December 31, 2016 - March 31, 2018

| Page Ref | Bank Name | Business Name | Bank Account # | Date Cleared | Amount Cleared | Transaction Type |
|---|---|---|---|---|---|---|
| BW017-0031 | Fifth Third Bank | Business Development Concepts | 7522158893 | 1/12/2017 | 129,124.36 | Incoming wire 011217 |
| BW017-0046 | Fifth Third Bank | Business Development Concepts | 7522158893 | 3/8/2017 | 267,031.91 | Incoming wire 030817 |
| BW017-0052 | Fifth Third Bank | Business Development Concepts | 7522158893 | 4/20/2017 | 159,814.00 | Incoming wire 042017 |
| BW017-0062 | Fifth Third Bank | Business Development Concepts | 7522158893 | 5/17/2017 | 122,352.46 | Incoming wire 051717 |
| BW017-0070 | Fifth Third Bank | Business Development Concepts | 7522158893 | 6/16/2017 | 278,083.00 | Incoming wire 061617 |
| BW017-0079 | Fifth Third Bank | Business Development Concepts | 7522158893 | 7/14/2017 | 600,421.00 | Incoming wire 071417 |
| BW017-0099 | Fifth Third Bank | Business Development Concepts | 7522158893 | 9/26/2017 | 398,000.00 | Incoming wire 092617 |
| BW017-00118 | Fifth Third Bank | Business Development Concepts | 7522158893 | 11/15/2017 | 668,140.96 | Incoming wire 111517 |
| BW009-0011 | Fifth Third Bank | Business Development Concepts | 7522158893 | 1/5/2018 | 205,358.43 | Deposit |
| BW009-0011 | Fifth Third Bank | Business Development Concepts | 7522158893 | 1/26/2018 | 545,782.42 | Incoming wire 012618 |
| | | | | | 3,374,108.54 | Total |
| | | | | | (90,167.00) | Other BDC projects |
| | | | | | 3,283,941.54 | ESM |

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 4
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference |
|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 5734 | BDC | AM Higley | 3/15/2017 | 101,110.14 | BW 372 |
| fifth third | x8893 | 5779 | BDC | AM Higley | 5/8/2017 | 61,000.00 | BW 373 |
| fifth third | x8893 | 5849 | BDC | AM Higley | 6/30/2017 | 131,000.00 | BW 374 |
| fifth third | x8893 | 5852 | BDC | AM Higley | 7/18/2017 | 320,000.00 | BW 375 |
| fifth third | x8893 | 5915 | BDC | AM Higley | 9/27/2017 | 129,847.93 | BW 376 |
| fifth third | x8893 | 5980 | BDC | AM Higley | 11/13/2017 | 591,893.96 | BW 377 |
| fifth third | x8893 | 6039 | BDC | AM Higley | 1/24/2018 | 535,782.43 | BW 378 |
| | | | | | | 1,870,634.46 | |

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 5
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference | month total |
|---|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 5661 | BDC | hattenbach | 12/1/2016 | 144,409.00 | BW003-006 | |
| fifth third | x8893 | 5553 | BDC | Daniel Peraz | 12/6/2016 | 3,750.00 | BW003-004 | |
| fifth third | x8893 | 5654 | BDC | Carolyn swoope aka charlie group | 12/6/2016 | 9,750.00 | BW003-005 | |
| fifth third | x8893 | 5652 | BDC | Douglas Peek | 12/6/2016 | 15,716.66 | BW003-005 | |
| fifth third | x8893 | 5671 | BDC | Daniel Peraz | 12/6/2016 | 3,750.00 | BW004-0040 | |
| fifth third | x8893 | 5660 | BDC | CO Security | 12/7/2016 | 5,056.00 | BW003-006 | |
| fifth third | x8893 | wire | BDC | Cresent Digital, LLC | 12/9/2016 | 87,451.25 | BW003-0043 | |
| fifth third | x8893 | wire | BDC | The Charlie Group | 12/14/2016 | 20,000.00 | BW002-0040 | |
| fifth third | x8893 | wire | BDC | AES Development | 12/14/2016 | 10,000.00 | BW002-0041 | 299,882.91 |
| fifth third | x8893 | 5676 | BDC | Exclusive protection serv | 1/6/2017 | 2,425.00 | BW004-0040 | |
| fifth third | x8893 | 5670 | BDC | Douglas Peek | 1/6/2017 | 15,716.66 | BW004-0041 | |
| fifth third | x8893 | 5672 | BDC | The Charlie Group | 1/6/2017 | 9,750.00 | BW004-0041 | |
| fifth third | x8893 | 5668 | BDC | Daniel Perez | 1/6/2017 | 3,750.00 | BW003-0019 | |
| fifth third | x8893 | 5667 | BDC | Gary Gasbarro | 1/6/2017 | 4,167.00 | BW003-0021 | |
| fifth third | x8893 | 5673 | BDC | Glenn Thompson | 1/6/2017 | 4,250.00 | BW003-0020 | |
| fifth third | x8893 | 5669 | BDC | Jazmine Greer | 1/6/2017 | 850.00 | BW003-0020 | |
| fifth third | x8893 | 5666 | BDC | Susan Davis | 1/6/2017 | 500.00 | BW003-0019 | |
| fifth third | x8893 | 5676 | BDC | Total Executive Protection Services | 1/6/2017 | 2,925.00 | BW003-0020 | |
| fifth third | x8893 | wire | BDC | AES Development | 1/13/2017 | 5,000.00 | BW004-002 | |
| fifth third | x8893 | wire | BDC | The Charlie Group | 1/13/2017 | 11,800.00 | BW004-003 | |
| fifth third | x8893 | Wire | BDC | Yong Chang Tang | 1/13/2017 | 10,000.00 | BW004-006 | |
| fifth third | x8893 | 5680 | BDC | Glenn Thompson | 1/24/2017 | 4,250.00 | BW003-0022 | |
| fifth third | x8893 | 5681 | BDC | Brad Rosselot | 1/26/2017 | 1,062.42 | BW004-0036 | 76,446.08 |
| fifth third | x8893 | 5682 | BDC | james box (memo ESM Security) | 2/3/2017 | 1,000.00 | BW004-0036 | |
| fifth third | x8893 | 5688 | BDC | Daniel Peraz | 2/6/2017 | 3,750.00 | BW004-0037 | |
| fifth third | x8893 | 5686 | BDC | Gary Gasbarro | 2/6/2017 | 4,167.00 | BW004-0037 | |
| fifth third | x8893 | 5689 | BDC | Glenn Thompson | 2/6/2017 | 4,250.00 | BW004-0037 | |
| fifth third | x8893 | 5891 | BDC | Cresent Digital, LLC | 2/8/2017 | 19,031.64 | BW004-0038 | |
| fifth third | x8893 | 5695 | BDC | CO Security | 2/9/2017 | 5,710.40 | BW004-0038 | |
| fifth third | x8893 | 5693 | BDC | Douglas Peek/Dream City | 2/9/2017 | 15,716.66 | BW004-0038 | |
| fifth third | x8893 | 5697 | BDC | Exclusive protection serv | 2/9/2017 | 7,087.00 | BW004-0038 | |
| fifth third | x8893 | 5694 | BDC | Wanix Architects | 2/9/2017 | 9,000.00 | BW004-0038 | |
| fifth third | x8893 | 5696 | BDC | Jazmine Greer | 2/10/2017 | 850.00 | BW004-0036 | |
| fifth third | x8893 | wire | BDC | AES Development | 2/10/2017 | 5,000.00 | BW004-007 | |
| fifth third | x8893 | wire | BDC | karnezia law group | 2/10/2017 | 25,000.00 | BW004-008 | |
| fifth third | x8893 | wire | BDC | The Charlie Group | 2/10/2017 | 11,500.00 | BW004-009 | |

1

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 5
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference | month total |
|---|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 5703 | BDC | The Charlie Group | 2/12/2017 | 12,500.00 | BW004-0038 | |
| fifth third | x8893 | 5704 | BDC | Glenn Thompson | 2/17/2017 | 4,250.00 | BW004-0037 | 128,812.70 |
| fifth third | x8893 | 5706 | BDC | Brad Rosselot | 3/1/2017 | 1,400.00 | BW004-0039 | |
| fifth third | x8893 | 5717 | BDC | Daniel Peraz | 3/6/2017 | 3,750.00 | BW004-0043 | |
| fifth third | x8893 | 5716 | BDC | Douglas Peek/Dream City | 3/6/2017 | 15,716.66 | BW004-0044 | |
| fifth third | x8893 | 5720 | BDC | Exclusive protection serv | 3/6/2017 | 6,300.00 | BW004-0044 | |
| fifth third | x8893 | 5723 | BDC | whitley arch | 3/6/2017 | 50,000.00 | BW004-0044 | |
| fifth third | x8893 | 5709 | BDC | Digizoom Media | 3/6/2017 | 3,500.00 | BW004-0043 | |
| fifth third | x8893 | 5712 | BDC | Gary Gasbarro | 3/6/2017 | 4,167.00 | BW004-0043 | |
| fifth third | x8893 | 5722 | BDC | Glenn Thompson | 3/6/2017 | 4,250.00 | BW004-0043 | |
| fifth third | x8893 | 5714 | BDC | Jazmine Greer | 3/6/2017 | 850.00 | BW004-0039 | |
| fifth third | x8893 | 5708 | BDC | Susan Davis | 3/6/2017 | 1,500.00 | BW004-0042 | |
| fifth third | x8893 | 5718 | BDC | Trice Communications | 3/6/2017 | 1,500.00 | BW004-0042 | |
| fifth third | x8893 | wire | BDC | The Charlie Group | 3/7/2017 | 9,750.00 | BW004-0010 | |
| fifth third | x8893 | 5724 | BDC | The Charlie Group | 3/9/2017 | 12,500.00 | BW004-0044 | |
| fifth third | x8893 | 5731 | BDC | whitley arch | 3/14/2017 | 22,995.00 | BW004-0044 | |
| fifth third | x8893 | 5732 | BDC | Glenn Thompson | 3/14/2017 | 4,250.00 | BW004-0043 | |
| fifth third | x8893 | 5715 | BDC | NLL Enterprise | 3/16/2017 | 1,875.00 | BW004-0042 | |
| fifth third | x8893 | 5733 | BDC | Daniel Peraz | 3/20/2017 | 1,000.00 | BW004-0039 | |
| fifth third | x8893 | 5737 | BDC | Brad Rosselot | 3/28/2017 | 1,725.00 | BW004-0042 | |
| fifth third | x8893 | 5738 | BDC | Yong Chang Tang | 3/29/2017 | 5,000.00 | BW004-0044 | 152,028.66 |
| fifth third | x8893 | 5742 | BDC | Dream City | 4/6/2017 | 6,000.00 | BW004-0048 | |
| fifth third | x8893 | 5760 | BDC | TEP Serv | 4/6/2017 | 6,975.00 | BW004-0048 | |
| fifth third | x8893 | 5746 | BDC | Gary Gasbarro | 4/6/2017 | 4,167.00 | BW004-0047 | |
| fifth third | x8893 | 5753 | BDC | Glenn Thompson | 4/6/2017 | 4,250.00 | BW004-0047 | |
| fifth third | x8893 | 5748 | BDC | Jazmine Greer | 4/6/2017 | 850.00 | BW004-0046 | |
| fifth third | x8893 | 5741 | BDC | Liang Chen | 4/6/2017 | 5,925.79 | BW004-0048 | |
| fifth third | x8893 | 5751 | BDC | NLL Enterprise | 4/6/2017 | 4,166.66 | BW004-0047 | |
| fifth third | x8893 | 5755 | BDC | Susan Davis | 4/6/2017 | 1,500.00 | BW004-0046 | |
| fifth third | x8893 | 5762 | BDC | Trice Communications | 4/6/2017 | 1,500.00 | BW004-0046 | |
| fifth third | x8893 | wire | BDC | The Charlie Group | 4/11/2017 | 9,750.00 | BW004-0011 | |
| fifth third | x8893 | 5781 | BDC | Brad Rosselot | 4/15/2017 | 700.00 | BW004-0050 | |
| fifth third | x8893 | 5762 | BDC | TEP Serv | 4/21/2017 | 6,995.00 | BW004-0048 | |
| fifth third | x8893 | 5763 | BDC | Glenn Thompson | 4/21/2017 | 4,250.00 | BW004-0047 | |
| fifth third | x8893 | 5767 | BDC | Roosevelt Coats | 4/21/2017 | 2,423.46 | BW004-0046 | 59,452.91 |
| fifth third | x8893 | 5771 | BDC | NLL Enterprise | 5/5/2017 | 4,166.66 | BW004-0052 | |

2

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 5
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference | month total |
|---|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 5768 | BDC | Susan Davis | 5/5/2017 | 1,500.00 | BW004-0051 | |
| fifth third | x8893 | 5773 | BDC | Daniel Peraz | 5/6/2017 | 5,000.00 | BW004-0052 | |
| fifth third | x8893 | 5776 | BDC | Dream City | 5/6/2017 | 6,000.00 | BW004-0053 | |
| fifth third | x8893 | 5719 | BDC | The Charlie Group | 5/6/2017 | 9,750.00 | BW004-0053 | |
| fifth third | x8893 | 5785 | BDC | Trice Communications | 5/6/2017 | 1,500.00 | BW004-0051 | |
| fifth third | x8893 | 5788 | BDC | Exclusive protection serv | 5/7/2017 | 6,750.00 | BW004-0053 | |
| fifth third | x8893 | 5782 | BDC | Jazmine Greer | 5/8/2017 | 850.00 | BW004-0050 | |
| fifth third | x8893 | 5786 | BDC | AES Development | 5/17/2017 | 5,000.00 | BW004-0053 | |
| fifth third | x8893 | 5791 | BDC | apple mobile leasing | 5/18/2017 | 1,857.60 | BW004-0051 | |
| fifth third | x8893 | 5792 | BDC | Brad Rosselot | 5/18/2017 | 825.00 | BW004-0050 | |
| fifth third | x8893 | Wire | BDC | Yong Chang Tang | 5/30/2017 | 3,500.00 | BW004-0013 | 46,699.26 |
| fifth third | x8893 | 5805 | BDC | The Charlie Group | 6/6/2017 | 8,624.00 | BW004-0058 | |
| fifth third | x8893 | 5806 | BDC | Jazmine Greer | 6/6/2017 | 920.00 | BW004-0055 | |
| fifth third | x8893 | 5799 | BDC | NLL Enterprise | 6/6/2017 | 4,166.00 | BW004-0057 | |
| fifth third | x8893 | 5803 | BDC | Trice Communications | 6/6/2017 | 2,644.96 | BW004-0056 | |
| fifth third | x8893 | 5812 | BDC | exclusive protection serv | 6/10/2017 | 7,087.00 | BW004-0058 | |
| fifth third | x8893 | 5813 | BDC | Susan Davis | 6/10/2017 | 1,500.00 | BW004-0055 | |
| fifth third | x8893 | 5824 | BDC | Brad Rosselot | 6/15/2017 | 787.50 | BW004-0059 | |
| fifth third | x8893 | 5815 | BDC | Carolyn swoope | 6/17/2017 | 3,500.00 | BW004-0056 | |
| fifth third | x8893 | 5817 | BDC | Doug Peek | 6/17/2017 | 5,000.00 | BW004-0057 | |
| fifth third | x8893 | 5816 | BDC | Ronnie Smith | 6/17/2017 | 3,725.00 | BW004-0056 | |
| fifth third | x8893 | wire | BDC | AES Development | 6/19/2017 | 5,000.00 | BW004-0014 | |
| fifth third | x8893 | wire | BDC | The Charlie Group | 6/22/2017 | 9,000.00 | BW004-0053 | |
| fifth third | x8893 | 5825 | BDC | Wanix Architects | 6/27/2017 | 40,000.00 | BW004-0058 | 91,954.46 |
| fifth third | x8893 | 5831 | BDC | Dream City | 7/6/2017 | 6,000.00 | BW004-0061 | |
| fifth third | x8893 | 5824 | BDC | Jazmine Greer | 7/6/2017 | 850.00 | BW004-0059 | |
| fifth third | x8893 | 5838 | BDC | NLL Enterprise | 7/6/2017 | 4,166.66 | BW004-0061 | |
| fifth third | x8893 | 5830 | BDC | Susan Davis | 7/6/2017 | 1,500.00 | BW004-0060 | |
| fifth third | x8893 | 5839 | BDC | Trice Communications | 7/6/2017 | 2,546.48 | BW004-0060 | |
| fifth third | x8893 | 5842 | BDC | Dream City | 7/11/2017 | 5,000.00 | BW004-0061 | |
| fifth third | x8893 | wire | BDC | karnezia law group | 7/14/2017 | 25,000.00 | BW004-0017 | |
| fifth third | x8893 | wire | BDC | AES Development | 7/14/2017 | 5,000.00 | BW004-0018 | |
| fifth third | x8893 | 5847 | BDC | Exclusive protection serv | 7/14/2017 | 6,750.00 | BW004-0062 | |
| fifth third | x8893 | 5850 | BDC | Daniel Peraz | 7/18/2017 | 5,000.00 | BW004-0061 | |
| fifth third | x8893 | 5851 | BDC | whitley arch | 7/18/2017 | 40,000.00 | BW004-0063 | |
| fifth third | x8893 | 5853 | BDC | Trice Communications | 7/20/2017 | 136.34 | BW004-0059 | |

3

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 5
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference | month total |
|---|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 5854 | BDC | Digizoom Media | 7/21/2017 | 1,875.00 | BW004-0060 | |
| fifth third | x8893 | 5857 | BDC | Brad Rosselot | 7/25/2017 | 725.00 | BW004-0060 | |
| fifth third | x8893 | 5860 | BDC | Digizoom Media | 7/30/2017 | 3,625.00 | BW004-0066 | 108,174.48 |
| fifth third | x8893 | 5865 | BDC | Dream City | 8/6/2017 | 6,000.00 | BW004-0066 | |
| fifth third | x8893 | 5874 | BDC | The Charlie Group | 8/6/2017 | 9,750.00 | BW004-0067 | |
| fifth third | x8893 | 5870 | BDC | NLL Enterprise | 8/6/2017 | 4,666.66 | BW004-0066 | |
| fifth third | x8893 | 5864 | BDC | Susan Davis | 8/6/2017 | 1,500.00 | BW004-0065 | |
| fifth third | x8893 | 5871 | BDC | Trice Communications | 8/6/2017 | 2,125.00 | BW004-0065 | |
| fifth third | x8893 | 5886 | BDC | Exclusive protection serv | 8/15/2017 | 6,750.00 | BW004-0070 | |
| fifth third | x8893 | 5884 | BDC | Dream City | 8/18/2017 | 5,000.00 | BW004-0066 | |
| fifth third | x8893 | 5877 | BDC | Quentin Warren | 8/18/2017 | 1,500.00 | BW004-0065 | 37,291.66 |
| fifth third | x8893 | 5867 | BDC | Greer Law Firm | 9/6/2017 | 850.00 | BW004-0065 | |
| fifth third | x8893 | 5888 | BDC | Dream City | 9/6/2017 | 6,000.00 | BW004-0070 | |
| fifth third | x8893 | 5895 | BDC | The Charlie Group | 9/6/2017 | 9,750.00 | BW004-0070 | |
| fifth third | x8893 | 5889 | BDC | Greer Law Firm | 9/6/2017 | 850.00 | BW004-0068 | |
| fifth third | x8893 | 5892 | BDC | NLL Enterprise | 9/6/2017 | 4,166.67 | BW004-0069 | |
| fifth third | x8893 | 5887 | BDC | Susan Davis | 9/6/2017 | 1,500.00 | BW004-0068 | |
| fifth third | x8893 | 5894 | BDC | Trice Communications | 9/6/2017 | 2,300.00 | BW004-0069 | |
| fifth third | x8893 | 5899 | BDC | Brad Rosselot | 9/7/2017 | 1,650.00 | BW004-0068 | |
| fifth third | x8893 | 5913 | BDC | Wanix Architects | 9/20/2017 | 15,500.00 | BW004-0071 | |
| fifth third | x8893 | 5906 | BDC | Brad Rosselot | 9/22/2017 | 1,575.00 | BW004-0068 | |
| fifth third | x8893 | 5907 | BDC | Digizoom Media | 9/22/2017 | 2,250.00 | BW004-0069 | |
| fifth third | x8893 | 5911 | BDC | The Charlie Group | 9/25/2017 | 10,000.00 | BW004-0070 | |
| fifth third | x8893 | wire | BDC | AES Development | 9/26/2017 | 5,000.00 | BW004-0020 | |
| fifth third | x8893 | 5912 | BDC | Cresent Digital, LLC | 9/26/2017 | 30,000.00 | BW004-0071 | |
| fifth third | x8893 | 5910 | BDC | Douglas Peek | 9/26/2017 | 10,450.00 | BW004-0071 | |
| fifth third | x8893 | wire | BDC | TEP Services | 9/27/2017 | 6,862.50 | BW004-0021 | |
| fifth third | x8893 | wire | BDC | AES Development | 9/27/2017 | 5,000.00 | BW004-0022 | |
| fifth third | x8893 | 5921 | BDC | Daniel Peraz | 9/27/2017 | 5,000.00 | BW004-0069 | |
| fifth third | x8893 | 5914 | BDC | Daniel Perez | 9/27/2017 | 2,250.00 | BW004-0069 | |
| fifth third | x8893 | wire | BDC | Digizoom Media | 9/28/2017 | 5,000.00 | BW004-0023 | |
| fifth third | x8893 | 6501 | BDC | Jeffrey English | 9/29/2017 | 1,175.94 | BW004-0068 | 132,130.11 |
| fifth third | x8893 | 5906 | BDC | Brad Rosselot | 10/3/2017 | 1,575.00 | BW004-0073 | |
| fifth third | x8893 | 5922 | BDC | Long EDA | 10/3/2017 | 2,500.00 | BW004-0073 | |
| fifth third | x8893 | Wire | BDC | Samarian Productions | 10/5/2017 | 20,000.00 | BW004-0024 | |

4

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 5
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference | month total |
|---|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 5916 | BDC | Dream City | 10/6/2017 | 6,000.00 | BW004-0074 | |
| fifth third | x8893 | 5929 | BDC | Charlie Group | 10/6/2017 | 9,750.00 | BW004-0075 | |
| fifth third | x8893 | 5928 | BDC | Jazmine Greer | 10/6/2017 | 850.00 | BW004-0072 | |
| fifth third | x8893 | 5926 | BDC | NLL Enterprise | 10/6/2017 | 4,166.66 | BW004-0074 | |
| fifth third | x8893 | 5956 | BDC | The Exclusive Protection Services | 10/6/2017 | 6,750.00 | BW004-0080 | |
| fifth third | x8893 | 5927 | BDC | Trice Communications | 10/6/2017 | 2,140.40 | BW004-0073 | |
| fifth third | x8893 | 5941 | BDC | Wesley Fluellen | 10/14/2017 | 2,000.00 | BW004-0073 | |
| fifth third | x8893 | 5942 | BDC | Charlie Group | 10/20/2017 | 7,500.00 | BW004-0075 | |
| fifth third | x8893 | 5944 | BDC | Whitley & Whitley | 10/20/2017 | 102,000.00 | BW004-0076 | |
| fifth third | x8893 | 5943 | BDC | Douglas Peek | 10/21/2017 | 29,967.00 | BW004-0075 | |
| fifth third | x8893 | 5950 | BDC | Brad Rosselot | 10/25/2017 | 2,224.50 | BW004-0073 | 197,423.56 |
| fifth third | x8893 | 5954 | BDC | Dream City | 11/6/2017 | 6,000.00 | BW004-0080 | |
| fifth third | x8893 | 5962 | BDC | The Charlie Group | 11/6/2017 | 9,750.00 | BW004-0080 | |
| fifth third | x8893 | 5965 | BDC | Digizoom Media | 11/6/2017 | 2,411.00 | BW004-0078 | |
| fifth third | x8893 | 5957 | BDC | Greer Law Firm | 11/6/2017 | 850.00 | BW004-0082 | |
| fifth third | x8893 | 5960 | BDC | NLL Enterprise | 11/6/2017 | 4,166.66 | BW004-0079 | |
| fifth third | x8893 | 5951 | BDC | Trice Communications | 11/9/2017 | 2,000.00 | BW004-0078 | |
| fifth third | x8893 | 5955 | BDC | Wanix | 11/10/2017 | 7,000.00 | BW004-0080 | |
| fifth third | x8893 | 5979 | BDC | Dream City | 11/16/2017 | 5,000.00 | BW004-0079 | |
| fifth third | x8893 | Wire | BDC | Samarian Productions | 11/16/2017 | 15,000.00 | BW004-0026 | |
| fifth third | x8893 | 5984 | BDC | Brad Rosselot | 11/21/2017 | 3,337.50 | BW004-0079 | 55,515.16 |
| fifth third | x8893 | 5992 | BDC | The Charlie Group | 12/4/2017 | 1,400.00 | BW004-0082 | |
| fifth third | x8893 | 5993 | BDC | Dream City | 12/6/2017 | 6,000.00 | BW004-0083 | |
| fifth third | x8893 | 5997 | BDC | The Charlie Group | 12/6/2017 | 9,750.00 | BW004-0084 | |
| fifth third | x8893 | 5998 | BDC | The Exclusive Protective Services | 12/6/2017 | 6,750.00 | BW004-0084 | |
| fifth third | x8893 | 5994 | BDC | Jazmine Greer | 12/6/2017 | 850.00 | BW004-0082 | |
| fifth third | x8893 | 6001 | BDC | NLL Enterprise | 12/6/2017 | 4,166.66 | BW004-0083 | |
| fifth third | x8893 | 5908 | BDC | Sysco | 12/6/2017 | 36,500.00 | BW004-0084 | |
| fifth third | x8893 | 5999 | BDC | Trice Communications | 12/6/2017 | 2,000.00 | BW004-0082 | |
| fifth third | x8893 | Wire | BDC | Lance and Aileen Porter Foundation | 12/14/2017 | 6,250.00 | BW004-0027 | |
| fifth third | x8893 | 6007 | BDC | Brad Rosselot | 12/23/2017 | 3,238.75 | BW004-0083 | |
| fifth third | x8893 | 6008 | BDC | Dream City | 12/28/2017 | 5,000.00 | BW009-0042 | |
| fifth third | x8893 | Wire | BDC | Lance and Aileen Porter Foundation | 12/28/2017 | 6,250.00 | BW004-0031 | 88,155.41 |
| fifth third | x8893 | 6014 | BDC | Dream City | 1/6/2018 | 6,000.00 | BW009-0048 | |
| fifth third | x8893 | 6025 | BDC | The Exclusive Protective Services | 1/6/2018 | 6,750.00 | BW ref | |
| fifth third | x8893 | 6024 | BDC | The Charlie Group | 1/6/2018 | 9,500.00 | BW ref | |

5

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 5
March 8, 2024

**EMS vendor payments to vendors other than AM Higley from December 2016 - March 31, 2018**

| bank | acct# | ck # | payee | Vendor | date | amount | BW reference | month total |
|---|---|---|---|---|---|---|---|---|
| fifth third | x8893 | 6031 | BDC | Whitley & Whitley | 1/15/2018 | 20,000.00 | BW ref | |
| fifth third | x8893 | 6032 | BDC | Daniel Perez | 1/16/2018 | 1,500.00 | BW009-0030 | 43,750.00 |
| keybank | x0256 | 3750 | BDC | Dream City | 2/6/2018 | 10,000.00 | BW007-0044 | |
| keybank | x0256 | 3757 | BDC | Jazmine Greer | 2/6/2018 | 1,700.00 | BW007-0064 | |
| keybank | x0256 | 3752 | BDC | Trice Communications | 2/6/2018 | 2,000.00 | BW007-0062 | |
| keybank | x0256 | 3751 | BDC | The Charlie Group | 2/7/2018 | 6,200.00 | BW007-0058 | |
| keybank | x0256 | 3758 | BDC | NLL Enterprise | 2/8/2018 | 4,166.66 | BW007-0048 | |
| keybank | x0256 | 3935 | BDC | Charles Lytle | 2/15/2018 | 10,000.00 | BW007-0066 | |
| keybank | x0256 | 3936 | BDC | Charles Lytle | 2/19/2018 | 10,000.00 | BW007-0068 | 44,066.66 |
| keybank | x0256 | 3003 | BDC | Brad Rosselot | 3/2/2018 | 3,600.00 | BW001-0021 | |
| keybank | x0256 | 3002 | BDC | Tarkett | 3/2/2018 | 12,299.01 | BW007-0082 | |
| keybank | x0256 | 3008 | BDC | Dream City | 3/6/2018 | 11,000.00 | BW007-0090 | |
| keybank | x0256 | 3010 | BDC | Greer Law Firm | 3/6/2018 | 850.00 | BW001-0042 | |
| keybank | x0256 | 3011 | BDC | NLL Enterprise | 3/6/2018 | 4,166.66 | BW001-0011 | |
| keybank | x0256 | 3012 | BDC | Trice Communications | 3/6/2018 | 1,500.00 | BW001-0044 | |
| keybank | x0256 | 3019 | BDC | Daniel Perez | 3/7/2018 | 1,500.00 | BW001-005 | |
| keybank | x0256 | 3022 | BDC | Charles Lytle | 3/9/2018 | 20,000.00 | BW001-0046 | |
| keybank | x0256 | 3027 | BDC | City Architect | 3/15/2018 | 10,000.00 | BW001-0036 | |
| keybank | x0256 | 3013 | BDC | The Charlie Group | 3/16/2018 | 9,750.00 | BW001-001 | |
| keybank | x0256 | 3033 | BDC | Long EDA | 3/20/2018 | 5,000.00 | BW001-0048 | |
| keybank | x0256 | 3032 | BDC | Rodney Brown | 3/20/2018 | 750.00 | BW001-0025 | |
| keybank | x0256 | 3035 | BDC | Brad Rosselot | 3/26/2018 | 2,850.00 | BW001-0054 | 83,265.67 |
| | | | | | | 1,645,049.69 | | 1,645,049.69 |

Total amount paid to "Other" ESM vendors   1,645,049.69

6

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 6
March 8, 2024

Bank statement summary for Fifth Third Bank and Key Bank December 31, 2016 - March 31, 2018

| | | | NEON deposits | other deposits | AM Higley pymts | other ESM vendor | other withdrawals |
|---|---|---|---|---|---|---|---|
| December 31, 2016 fifth third | opening cash | 156,113.48 | | | | | |
| | withdrawals | (449,191.82) | | | - | (299,882.91) | (149,308.91) |
| | deposits | 329,971.89 | | 329,971.89 | | | |
| | ending balance | 36,893.55 | | | | | |
| January 31, 2017 fifth third | opening cash | 36,893.55 | | | | | |
| | withdrawals | (255,609.36) | | | | (76,446.08) | (179,163.28) |
| | deposits | 219,324.49 | 129,124.36 | 90,200.13 | | | |
| | ending balance | 608.68 | | | | | |
| February 28, 2017 fifth third | opening cash | 608.68 | | | | | |
| | withdrawals | (281,312.99) | | | | (128,812.70) | (152,500.29) |
| | deposits | 284,014.18 | | 284,014.18 | | | |
| | ending balance | 3,309.87 | | | | | |
| March 31, 2017 fifth third | opening cash | 3,309.87 | | | | | |
| | withdrawals | (470,566.02) | | | (101,110.14) | (152,028.66) | (217,427.22) |
| | deposits | 486,450.73 | 267,031.91 | 219,418.82 | | | |
| | ending balance | 19,194.58 | | | | | |
| April 30, 2017 fifth third | opening cash | 19,194.58 | | | | | |
| | withdrawals | (327,928.13) | | | | (59,452.91) | (268,475.22) |
| | deposits | 359,085.48 | 159,814.00 | 199,271.48 | | | |
| | ending balance | 50,351.93 | | | | | |
| May 31, 2017 fifth third | opening cash | 50,351.93 | | | | | |
| | withdrawals | (310,639.45) | | | (61,000.00) | (46,699.26) | (202,940.19) |
| | deposits | 279,310.37 | 122,352.46 | 156,957.91 | | | |
| | ending balance | 19,022.85 | | | | | |
| June 30, 2017 fifth third | opening cash | 19,022.85 | | | | | |
| | withdrawals | (311,919.96) | | | (131,000.00) | (91,954.46) | (88,965.50) |
| | deposits | 409,422.93 | 278,083.00 | 131,339.93 | | | |
| | ending balance | 116,525.82 | | | | | |

1

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 6
March 8, 2024

**Bank statement summary for Fifth Third Bank and Key Bank December 31, 2016 - March 31, 2018**

| | | | NEON deposits | other deposits | AM Higley pymts | other ESM vendor | other withdrawals |
|---|---|---|---|---|---|---|---|
| July 31, 2017 fifth third | opening cash | 116,525.82 | | | | | |
| | withdrawals | (926,699.10) | | | (320,000.00) | (108,174.48) | (498,524.62) |
| | deposits | 859,305.88 | 600,421.00 | 258,884.88 | | | |
| | ending balance | 49,132.60 | | | | | |
| August 31, 2017 fifth third | opening cash | 49,132.60 | | | | | |
| | withdrawals | (374,578.16) | | | | (37,291.66) | (337,286.50) |
| | deposits | 325,494.42 | | 325,494.42 | | | |
| | ending balance | 48.86 | | | | | |
| September 30, 2017 fifth third | opening cash | 48.86 | | | | | |
| | withdrawals | (530,803.86) | | | (129,847.93) | (132,130.11) | (268,825.82) |
| | deposits | 753,157.78 | 398,000.00 | 355,157.78 | | | |
| | ending balance | 222,402.78 | | | | | |
| October 31, 2017 fifth third | opening cash | 222,402.78 | | | | | |
| | withdrawals | (801,959.02) | | | | (197,423.56) | (604,535.46) |
| | deposits | 577,172.47 | | 577,172.47 | | | |
| | ending balance | (2,383.77) | | | | | |
| November 30, 2017 fifth third | opening cash | (2,383.77) | | | | | |
| | withdrawals | (1,082,526.26) | | | (591,893.96) | (55,515.16) | (435,117.14) |
| | deposits | 1,202,405.57 | 668,140.96 | 534,264.61 | | | |
| | ending balance | 117,495.54 | | | | | |
| December 31, 2017 fifth third | opening cash | 117,495.54 | | | | | |
| | withdrawals | (638,948.91) | | | | (88,155.41) | (550,793.50) |
| | deposits | 478,587.91 | | 478,587.91 | | | |
| | ending balance | (42,865.46) | | | | | |
| January 31, 2018 fifth third | opening cash | (42,865.46) | | | | | |
| | withdrawals | (1,154,930.43) | | | (535,782.43) | (43,750.00) | (575,398.00) |
| | deposits | 1,247,755.71 | 751,140.85 | 496,614.86 | | | |
| | ending balance | 49,959.82 | | | | | |

2

Barnes Wendling CPAs LLC Forensic Report
Presentence Investigation Report, Docket No.: 0647 1:20CR00798-001 and Defense Sentencing Memorandum
Attachment 6
March 8, 2024

**Bank statement summary for Fifth Third Bank and Key Bank December 31, 2016 - March 31, 2018**

| | | NEON deposits | other deposits | AM Higley pymts | other ESM vendor | other withdrawals |
|---|---|---|---|---|---|---|
| February 28, 2018 fifth third | opening cash | 49,959.82 | | | | |
| | withdrawals | (67,469.91) | | | | (67,469.91) |
| | deposits | 17,510.09 | 17,510.09 | | | |
| | ending balance | 0.00 | | | | |
| February 28, 2018 Key | opening cash | - | | | | |
| | withdrawals | (507,046.88) | | | (44,066.66) | (462,980.22) |
| | deposits | 518,558.31 | 518,558.31 | | | |
| | ending balance | 11,511.43 | | | | |
| March 31, 2018 Key | opening cash | 11,511.43 | | | | |
| | withdrawals | (562,974.28) | | | (83,265.67) | (479,708.61) |
| | deposits | 550,152.22 | 550,152.22 | | | |
| | ending balance | (1,310.63) | | | | |
| | | 3,374,108.54 | 5,523,571.89 | (1,870,634.46) | (1,645,049.69) | (5,539,420.39) |
| | | 3,283,941.54 | NEON ESM | | | |
| | | 90,167.00 | NEON other | | | |

Summary
December 31, 2016                156,113.48
NEON ESM deposits              3,283,941.54
Neon other deposits               90,167.00
other deposits                 5,523,571.89
AM Higley pymts               (1,870,634.46)
other ESM vendor              (1,645,049.69)
other withdrawals             (5,539,420.39)
                                  (1,310.63)

Summary
opening balance                  156,113.48
total deposits                 8,897,680.43
total withdrawals             (9,055,104.54)
ending balance                    (1,310.63)

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2024 a copy of Defendant's Supplemental Report in Support of Sentencing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/Myron P. Watson<br>
**MYRON P. WATSON, ESQ. (0058583)**<br>
**Attorney for Arthur Fayne**