IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:20CR798 |
| Plaintiff, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) |
| ARTHUR FAYNE, | ) FINAL ORDER OF GARNISHMENT |
| Defendant, | ) |
| and | ) |
| NORTHEAST OHIO NEIGHBORHOOD HEALTH SERVICES, INC. (NEON) | ) |
| Garnishee. | ) |

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an answer on January 10, 2025, stating that at the time of service of the Writ, the Garnishee had possession or control of personal property belonging to and/or due to the Defendant, and that the Garnishee was indebted to the Defendant in the sum of $14,923.57, constituting monthly wages.

Defendant was properly served with the Writ of Continuing Garnishment and notified of the right to a hearing. Defendant has not objected to the answer of the Garnishee, and the statutory time period to do so has elapsed. The Garnishee, will pay said amounts to the U.S. Clerk of Courts, and mail to: U.S. Courthouse, 801 West Superior Avenue, Room 1-127, Cleveland, Ohio, 44113, and note the Court case number on each check to ensure the payments are properly credited to the Defendant. Having considered the Application, Garnishee's Answer of Garnishment, and noting that no hearing is required, the Court orders as follows:

IT IS ORDERED that the Garnishee shall pay within 15 days from the date of this Order the sum of twenty-five (25) percent of the Defendant's disposable earnings [as defined in 28 U.S.C. §3002(5)] (less any Court ordered child support or alimony payments) which was reported in the Garnishee's Answer from and after January 10, 2025, to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further order of this Court.

                                                */s/ SOLOMON OLIVER, JR.*
                                                SOLOMON OLIVER, JR.
                                                UNITED STATES DISTRICT JUDGE

February 24, 2025