# Wealth Builders Network

1720 Merriman Road, Unit 1
Akron, Ohio 44313

## RE: Employment Offer Letter

**Date:** August 3, 2025

**To:**
Arthur Fayne
19 Kingston Drive
Aurora, Ohio 44202

### Position Details

- **Position Title:** Project and Business Developer
- **Start Date:** August 5, 2025, or as soon as available
- **Work Location:** 1720 Merriman Road, Unit 1, Akron, Ohio 44313
- **Reporting To:** James Davis, Principal

### Compensation & Terms

- **Salary:** $3,000.00 per month, payable in **four (4) equal weekly installments of $750.00** through payroll
- **Employment Type:** Full-time, W-2
- **Work Schedule:** Monday through Saturday, **8:00 AM to 6:00 PM** (60 hours per week)

### Key Responsibilities

- Business and Project Planning
- Coordination and Oversight of Professional Services (Accounting, Bookkeeping, Payroll)
- Legal Sufficiency Reviews (non-legal advisory capacity)
- Developer-level oversight for assigned projects

## Special Condition

Under no circumstances shall you distribute or disburse funds on behalf of any business or entity, including Wealth Builders Network. All financial disbursements will be handled directly by Wealth Builders Network or its designated financial institution.

---

## At-Will Employment

Your employment is **at-will**, which means either party may terminate at any time, with or without cause or notice, subject to applicable law.

**Please sign and return this letter to confirm your acceptance.**

Sincerely,
**Wealth Builders Network**

James Davis        *J-/ JD-IV*
Principal

## Acknowledgment and Acceptance

I, **Arthur Fayne**, accept this offer of employment with Wealth Builders Network under the terms outlined above.

Arthur Fayne

Date: *Tuesday, August 5th 2025*

# Employment Agreement

**Employee:** Arthur Fayne, 19 Kingston Drive, Aurora, Ohio 44202
**Employer:** Wealth Builders Network, 1720 Merriman Road, Unit 1, Akron, Ohio 44313

**Position:** Project and Business Developer
**Start Date:** August 5, 2025 (or as soon as available)
**Salary:** $3,000 per month, paid weekly ($750 per week)
**Hours:** Monday–Saturday, 8:00 AM to 6:00 PM

**Special Condition:**
Under no circumstances shall Employee distribute or disburse funds on behalf of any business or entity, including Wealth Builders Network.

Other terms: Confidentiality, Non-Disclosure, Non-Circumvention, At-Will Employment, Termination with 2 weeks' notice, and Governing Law (Ohio).

**Signatures:**
Employer: _____ | Date: August 3, 2025

James Davis, Principal

Email: James@wealthbuilders.io
Phone 234-231-1024

Employee: _____ | Date: August 3, 2025

- Salary: $3,000/month paid in 4 weekly installments of $750

- Verify banking info for direct deposit

**Acknowledgment:**
I acknowledge receipt of onboarding requirements and agree to complete all steps before my start date.

Employee Signature: _____
8/5/25